United States District Court
Southern District of Texas
**ENTERED**
November 07, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| GEORGE TREVINO, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 2:17-CV-034 |
| § | |
| PIPE PROS, LLC, *et al*, § | |
| § | |
| Defendants. § | |

# FINAL JUDGMENT

Pursuant to the Court's Agreed Order of Dismissal with Prejudice (D.E. 16), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 7th day of November, 2018.

*/s/ Nelva Gonzales Ramos*
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE